FIRST STATE BANK OF SHELBY, APPELLANT, *v.* STANTON ET AL., RESPONDENTS.

(No. 6,055.)

(Submitted February 17, 1927. Decided March 17, 1927.)

[255 Pac. 1066.]

(For syllabus, see *Rohr et al.* v. *Stanton et al., ante,* p. 494.)

*Appeal from District Court, Cascade County; Stephen J. Cowley, Judge.*

*Mr. Jesse Henderson* and *Messrs. Hurd, Rhoades, Hall & McCabe,* for Appellant, submitted a brief; *Mr. E. J. McCabe* argued the cause orally.

*Mr. Geo. H. Stanton,* for Respondents, submitted a brief and argued the cause orally.

MR. JUSTICE STARK delivered the opinion of the court.

The complaint in this action, with the exception of the name of the plaintiff and the amount involved, is identical with the one in *Rohr et al.* v. *Stanton et al., ante,* p. 494, 254 Pac. 869, decided by this court on March 15, 1927.

As in the *Rohr Case,* so in this, the defendants filed a joint general demurrer to the complaint, which was sustained.  The

plaintiff having declined to plead further, a judgment was rendered and entered dismissing the complaint, and from this judgment the plaintiff appealed.

The sufficiency of the complaint in this action is assailed upon the same grounds as those considered in *Rohr et al.* v. *Stanton et al., supra.* On the authority of that case the judgment herein is reversed and the cause remanded to the district court, with instructions to overrule the demurrer to the complaint. We add the further suggestion that when these two causes go back to the district court they should be consolidated, under the provisions of section 9820, Revised Codes of 1921.

*Reversed and remanded.*

Mr. Chief Justice Callaway and Associate Justices Myers, Matthews and Galen concur.